IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, <br><br> v. <br><br> **[11] EFRAIN GONZALEZ-SERRANO,** <br><br> Defendant. | Criminal No. 24-456 (SCC) |

## MOTION TO RESTRICT

TO THE HONORABLE MAGISTRATE JUDGE:

**COMES NOW** the United States of America, through its attorneys, and very respectfully states and prays as follows:

1. The United States of America respectfully requests leave to file a document under restricted access to **Selected Parties**. The undersigned asserts that the **Selected Parties** viewing restriction is necessary to maintain the privacy of certain information contained therein, and that this outweighs the presumption of public access to court documents. The only parties that can have access to the filing at ECF No. 374 are the Court, the United States, the United States Probation Officer assigned to the case, and defendant Gonzalez-Serrano through his Attorney of Record.

2. In compliance with Standing Order No. 9 (Misc. No. 03-149 (ADC)), the present motion is being filed using the public viewing level.

3. Therefore, the undersigned requests leave to file the abovementioned motion to restrict access using the **Selected Parties** viewing restriction.

**WHEREFORE**, it is respectfully requested that this Honorable Court takes notice of this motion and that the same be granted.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 4th day of May 2025.

**W. STEPHEN MULDROW**
**United States Attorney**

*s/ Jorge L. Matos*
Jorge L. Matos
Assistant U.S. Attorney
G-01307
Torre Chardón, Room 1201
350 Carlos Chardón Ave.
San Juan, P.R.  00918
Tel.: (787) 766-5656
Email: Jorge.L.Matos2@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of May 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy to the attorney of record.

*s/ Jorge L. Matos*
Jorge L. Matos
Assistant U.S. Attorney
G-01307