**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

The United States of America
Plaintiff,

       v.                                                                  CASE NO. 24-456 (SCC)

Efrain Gonzalez-Serrano (11)
Defendant,

**MOTION TO CONTINUE ARRAIGNMENT AND BAIL HEARING**

**TO THE HONORABLE SYLVIA CARRENO-COLL**
**UNITED STATES DISTRICT JUDGE FOR**
**THE DISTRICT OF PUERTO RICO**

      **COMES NOW**, defendant, by and through the undersigned attorney, respectfully prays as follows:

1. On May 2nd, 2025, undersigned counsel was assigned defendant Gonzalez- Serrano.
2. On April 25, 2025, the *Arraignment and Bail Hearings* were scheduled for May 5th, 2025, at 9:00AM. (ECF NO.368)
3. Undersigned counsel has a calendar conflict on the aforementioned date outside of the jurisdiction of Puerto Rico, with a client at the Louisville, KY Immigration Court, before Honorable Judge Lettricia Jefferson-Webb.
4. Moreover, undersigned counsel resides in the state of Florida, thus counsel has scheduled to be in the jurisdiction of Puerto Rico the **week of Monday May 12th through Friday May 16th, 2025**, for matters regarding criminal cases in the District Court of Puerto Rico.
5. Based on the aforementioned, undersigned counsel would like to kindly and humbly request a brief continuance of the Arraignment and Bail Hearing**; preferably for Friday May 16th, 2025, at 11:30AM,** since counsel is scheduled at 11:00AM for a Status Conference before Honorable Judge Camille Velez-Rive in Hato Rey.
6. Notwithstanding, counsel is available to be present on the following dates:
   **Tuesday May 13th, 2025, from 11:00AM;**
   **Wednesday May 14th, 2025, from 8:30AM-12:00PM**

**Friday May 16th, 2025, from 11:30AM**

7. By no means is the above continuance request made to stall the proceedings but instead in the best interest of justice.

**WHEREFORE**, it is respectfully requested that this Honorable Court consider the aforementioned calendar conflict and reschedule the Arraignment and Bail Hearings.

**I HEREBY CERTIFY** that on this date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all of the parties of record.

**RESPECTFULLY SUBMITTED** In San Juan, Puerto Rico, this 2nd day of May 2025.

S/ Kehylis Y. Vazquez- Torres
_____
**Kehylis Y. Vazquez- Torres**
USDCPR: 303701
1400 Morgan Stanley Ave.
406
Winterpark, FL., 32789
(787)240-8196
kvazquezlaw@gmail.com