IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

United States of America,
Plaintiff,

        v.                      Case No. 24-456 (SCC)

Efrain Gonzalez- Serrano (11)
Defendant,

## INFORMATIVE MOTION

TO THE HONORABLE SYLVIA CARRENO-COLL
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

**COMES NOW** defendant, *Efrain Gonzalez-Serrano*, through his undersigned counsel, files this motion to report the status of the case in writing, we report that the discovery has been provided to the defendant, who is currently detained at Metropolitan Detention Center in Guaynabo.

We have received a plea agreement; howver, we have emailed AUSA Myriam Fernandez in efforts to coordinate a meeting to further discuss the plea agreement and matters relevant to the case. At the time the meeting this request is pending.

We request a further status conference in 30 or 60 days, at the Court's pleasure.

**WHEREFORE**, the undersigned counsel hereby respectfully requests that the Honorable Court grant this motion and take note of the status of the case reported herein.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED,** In San Juan, Puerto Rico, this 19th day of January 2026.

                                                            **S/ Kehylis Y. Vázquez-Torres**

                                                            **Kehylis Y. Vázquez- Torres**

USDC PR: 303701<br>
3131 NE, 1st. Ave.<br>
1805<br>
Miami, FL., 33137<br>
(787) 240-8196<br>
kvazquezlaw@gmail.com